JUDGE FRANK MONTALVO

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

EP06CR1027

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED ___ |
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: MAY 10, 2006 | MAG CT #: 06-M-2082-MC | FBI #: |
| CASE NO: EP-06-CR- | ASSISTANT U.S. ATTORNEY: JOSEPH G. GALENSKI | |
| DEFENDANT: **ADAN SALAZAR-ZAMORANO** | | DOB: REDACTED |
| ADDRESS: REDACTED | | |
| CITIZENSHIP: MEXICO | INTERPRETER NEEDED: | LANGUAGE: |
| DEFENSE ATTORNEY: | | EMPLOYED ___<br>APPOINTED ___ |
| DEFENDANT IS: NOT ARRESTED ON THESE CHARGES YET<br>ADDRESS: | | |
| DATE OF ARREST: | | BENCH WARRANT: YES |
| PROSECUTION BY: INDICTMENT | | |
| OFFENSE (Code and Description):<br>**CT 1:** 21:846 & 841(a)(1) - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: 10 YRS TO LIFE/$4 MILLION/5 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT | | |
| PENALTY IS MANDATORY: YES (10 YEARS) | | |
| REMARKS: DEA: CESAR MARMOLEJO | | |

WDT-Cr-3